No. 1046. WATTS, WATTS & COMPANY, PETITIONER, *v.* UNIONE AUSTRIACA DE NAVIGAZIONE, ETC.   June 12, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. J. Parker Kirlin, Mr. John M. Woolsey* and *Mr. Mark W. Maclay, Jr.,* for the petitioner. *Mr. Charles S. Haight* for the respondent.

---

No. 1041. FIELDS S. PENDLETON, PETITIONER, *v.* BENNER LINE.   June 12, 1916.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted, conditioned on the petitioner furnishing a bond within twenty days in an amount to secure payment of the judgment, the amount of the bond to be satisfactory to the circuit justice and to be approved by him. *Mr. Avery F. Cushman* and *Mr. Harvey D. Goulder* for the petitioner. *Mr. D. Roger Englar* for the respondent.

---

No. 706. THE UNITED STATES EX REL. WILLIAM F. ARANT *v.* FRANKLIN K. LANE, SECRETARY OF THE INTERIOR.   June 12, 1916.   Petition for a writ of certiorari to the Court of Appeals of the District of Columbia to bring up the whole record and cause denied. *Mr. Samuel Maddox, Mr. H. Prescott Gatley* and *Mr. J. H. Carnahan* for Arant.